**Barbara A. LENSING, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 2007–3267.

United States Court of Appeals, Federal Circuit.

Jan. 16, 2008.

*ORDER*

The petitioner having complied with the court's orders of December 17, 2007, and January 15, 2008,

IT IS ORDERED THAT:

1) The order of dismissal is vacated, the mandate is recalled, and the petition for review is reinstated.

2) Pursuant to the court's December 17 order, the petitioner's brief is due on April 15, 2008.